UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANTZ D. CONSEILLANT,

                              Plaintiff,

                -against-

CAPT. WILLIAM, ET AL,

                              Defendants.

23-CV-5816 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 27, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge